THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ISADORE PLATKOWITZ, Appellant.

(Argued October 10, 1930; decided October 24, 1930.)

*R. Monell Herzberg* for appellant.

*Thomas A. Cookingham, District Attorney,* for respondent.

Judgment affirmed under section 542 of the Code of Criminal Procedure; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.